IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONALD D. GONZALEZ | § § § | |
| v. | § § | CIVIL ACTION: 5:15-cv-986 FB |
| UNITED PARCEL SERVICE | § | |

### WAIVER OF THE SERVICE OF SUMMONS

To:   Attorneys for Ronald D. Gonzalez
Susan Cone Kilgore                     Thomas J. Crane
P.O. Box 461313                         T.S.B. No. 05007320
San Antonio, Texas 78246           LAW OFFICE OF THOMAS J. CRANE
Fax:  210-320-2759                     110 Broadway, Suite 420
susan@skilgore.com                    San Antonio, Texas 78205
                                                   (210) 745-4258 Fax
                                                   tom@cranelawyer.net

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 26, 2016, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: February 19, 2016

_Signature of the attorney or unrepresented party_
Shannon B. Schmoyer

United Parcel Service
_Printed name of party waiving service of summons_

_Printed name_
17806 IH 10 West, Ste. 400, San Antonio, Texas 78257
_Address_
sschmoyer@sr-llp.com
_E-mail address_
210-447-8033
_Telephone number_

Waiver of Service of Summons - Page 1 of 2

CERTIFICATE OF SERVICE

      I certify that this waiver of service was filed using the Court's CM/ECF system and service was made by electronic mail to counsel for defendants on March 15, 2016.

                                                         /s/ Susan Cone Kilgore
                                        _____
                                            Susan Cone Kilgore