FILED

MAR 2 9 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RONALD D. GONZALEZ,  *Plaintiff,* § § § | |
| § | CIVIL ACTION: 5:15-cv-986 RCL |
| v. § § | |
| UNITED PARCEL SERVICE,  *Defendant.* § § § | |

## ORDER ~~DENYING~~ GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY AND AFFIDAVIT TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

On this date, came for consideration Plaintiff Ronald D. Gonzalez's Motion [23] for Leave to File Sur-Reply and Affidavit to Defendant's Reply in Support of its Motion for Summary Judgment (Dkt. No. 23). The Court, after considering the Motion, the response thereto, and relevant law, is of the opinion that the Motion is well taken and should be ~~DENIED~~ GRANTED in its entirety. It is therefore

ORDERED that Plaintiff Ronald D. Gonzalez's Motion for Leave to File Sur-Reply and Affidavit to Defendant's Reply in Support of its Motion for Summary Judgment (Dkt. No. 23) hereby be ~~DENIED~~ GRANTED in its entirety.

SIGNED   3/28/18   .

_____
HON. ROYCE C. LAMBERTH
SENIOR UNITED STATES DISTRICT JUDGE