UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTIONIO DIVISION

RONALD GONZALEZ,
*Plaintiff,*

v.

UNITED PARCEL SERV., INC.,
*Defendant.*

Civil No. 5:15-CV-986-RCL

FILED
SEP 28 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## ORDER

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant UNITED PARCEL SERVICE, INC. (OHIO)'s Motion for Summary Judgment [14] be and the same is, hereby **GRANTED IN PART** as to Plaintiff RONALD GONZALEZ's claims of discrimination and retaliation under 42 U.S.C. §§ 2000e *et seq.* and 42 U.S.C. §§ 12101 *et seq.*

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff RONALD GONZALEZ's claims of discrimination and retaliation under 29 U.S.C. §§ 2601 *et seq.* be, and the same are, hereby **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant UNITED PARCEL SERVICE, INC. (OHIO)'s Motion for Summary Judgment [14] be and the same is, hereby **DENIED IN PART** as to Plaintiff RONALD GONZALEZ's claims of discrimination and retaliation under 29 U.S.C. §§ 2601 *et seq.* as moot.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant UNITED PARCEL SERVICE, INC. (OHIO)'s request for attorney's fees be, and the same is, hereby **DENIED**.

**DONE AND ORDERED** in Chambers, United States District Court for the Western District of Texas, this 28th day of September, 2018.

_____
ROYCE C. LAMBERTH
SENIOR UNITED STATES DISTRICT JUDGE

1